IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY E. THOMPSON, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMAND ALKON INC., | : | No. 22-344 |
| *Defendant* | : | |

**ORDER**

AND NOW, this 22nd day of May, 2023, upon consideration of Ms. Thompson's Motion for Summary Judgment (Doc. No. 50), Command Alkon's Response in Opposition (Doc. No. 61) Command Alkon's Motion for Summary Judgment (Doc. No. 51), Command Alkon's Statement of Undisputed Material Facts (Doc. No. 52), Ms. Thompson's Responses in Opposition (Docs. No. 62 & 63), and the parties' Supplemental Joint Status Report (Doc. No. 73), it is **ORDERED** that

1. Command Alkon's Summary Judgment Motion (Doc. No. 51) is granted in part as set forth in the accompanying memorandum.

2. The parties shall provide the Court with a joint status update concerning the case, including information as to how parties intend to proceed with the litigation, within 14 days of the issuance of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE