IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY E. THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMAND ALKON INCORPORATED, | : | NO. 22-344 |
| et al. | : | |

ORDER

AND NOW, this 28th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff for summary judgment (Doc. #94) is DENIED; and

(2) the motion of the defendants for summary judgment (Doc. #102) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.